## JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M.S., | Case No. 5:23-cv-02225-SHK |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHELLE KING,[1] Acting Commissioner of Social Security, | |
| Defendant. | |

It is the judgment of this Court that the Social Security Commissioner's decision is REVERSED, and this case is REMANDED to the Social Security Administration for further proceedings consistent with this Court's Opinion and Order.

DATED: 02/5/2025

_____
HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge

---

[1] Michelle King became the Acting Commissioner of Social Security on January 20, 2025. Under Federal Rule of Civil Procedure 25(d), she is automatically substituted as the Defendant in this suit.